# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CLIFFORD "RAY" HACKETT, | CIVIL CASE NO. 16-00012 |
| Plaintiff, | |
| vs. | **ORDER** |
| AGANA SHOPPING CENTER, | |
| Defendant. | |

On April 13, 2016, the court ordered Plaintiff to pay the filing fee within 21 days from the issuance of the order. *See* ECF No. 4. The court also placed Plaintiff on notice that failure to pay the filing fee may result in a dismissal of his case for nonpayment. *Id.*

To date, the Plaintiff has not paid the required filing fee and the 21-day deadline for complying with the court order has since passed. Therefore, the court hereby **DISMISSES** the above-captioned case for failure to follow a court order and for lack of prosecution. *See* FED. R. CIV. P. 41(b).

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 18, 2016**

1